IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM BRIGGS-MUHAMMAD,

      Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                    Case No. 13-cv-831-wmc

SSM HEALTHCARE CORP.,
*doing business as* St. Mary's Hospital,

      Defendants.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Miriam Briggs-Muhammad leave to proceed and dismissing this case with prejudice as legally frivolous and malicious.

| /s/ | 12/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |