DOC NO
REC'D/FILED
2013 DEC 30 PM 1:18
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

NOTICE OF APPEALS TO A COURT OF APPEALS FORM A JUDGEMENT OR ORDER OF A DISTRICT COURT

United States District Court of the _Western_

District of _Wisconsin_

File Number _13cv-831 wmc_

MIRIAM E. BRIGGS-MUHAMMAD

Plaintiff

Notice of Appeal

Vs

SSM HEALTH CARE. CORP.,

doing business at St. Mary's Hospital,

Defendant

Notice is hereby given , (Plaintiffs) in the above named case,] hereby appeal to the United States Court of Appeals for the _____ Circuit
(From the final judgment) (From an order (describing it) enter in this action on the _12/18/2013_ day of _December_, 2013

(s) _Miriam E. Briggs Muhammad_
MIRIAM E. BRIGGS-MUHAMMAD
In Pro per, for the Plaintiff.
[Address: 11 O'Brien Court
Madison, Wisconsin, 53714-2012